

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00104-CV

| | | |
|---|---|---|
| IN THE ESTATE OF CLAUDE M. COOPER, JR., DECEASED | § | On Appeal from Probate Court No. 2 |
| | § | of Tarrant County (2021-PR03242-2A) |
| | § | March 14, 2024 |
| | § | Memorandum Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is dismissed in part and remanded in part. We dismiss all of Appellee James Franklin Cooper's claims against Appellant Virginia Cooper Downes and all of his claims against Appellant Mary Sue Cooper Huffman except for the breach-of-fiduciary-duty claim against Mary Sue based on her withdrawing funds from the Trust.

We remand this case to the trial court for further proceedings consistent with this opinion.

It is further ordered that each party shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
     Justice Mike Wallach